UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

VENTURIA ABRAHAM,

          Plaintiff,

-vs-                                       Case No. 6:06-cv-745-Orl-28KRS

COMMISSIONER OF SOCIAL
SECURITY,

          Defendant.

_____

## ORDER

This case is before the Court on the Complaint filed by Venturia Abraham, seeking review of the final decision of the Commissioner of Social Security denying her claim for social security benefits (Doc. No. 1) filed May 31, 2006. The United States Magistrate Judge has submitted a report recommending that the Commissioner's decision be affirmed.

After an independent *de novo* review of the record in this matter, and consideration of Plaintiff's Objections to the Report and Recommendation (Doc. 20), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed September 1, 2007 (Doc. No. 19) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Commissioner's decision denying Plaintiff's claim for social security benefits is **AFFIRMED**.

3. The Clerk of the Court is directed to enter judgment consistent with this Order and thereafter, close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __19__ day of September, 2007.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party